# United States District Court

FOR THE
NORTHERN DISTRICT OF CALIFORNIA
CRIMINAL DIVISION
VENUE: SAN FRANCISCO

FILED
MAY 29 PM 4:06

CR 07 0336 WHA

UNITED STATES OF AMERICA,

v.

MAURICE BIBBS, and
DEANDRE WATSON

E-Filing

DEFENDANT.

## INDICTMENT

18 U.S.C. 2119- Carjacking;
18 U.S.C. 924(c)(1)(A)- Using, Carrying and
Possession Firearms During and in Relation to a Crime
of Violence;
18 U.S.C, 1512(b)(1)- Tampering with a Witness;

A true bill.

_____ Foreman

Filed in open court this _____ day of
_____

_____ Clerk

Bail, $ No process each defendant

336 WHA

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT
☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

FILED
07 MAY 29 PM 4:06
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---- OFFENSE CHARGED ----
Title 18 U.S.C. §2119 - Carjacking.
Title 18 U.S.C. §924(c)(1)(A) - Using, Carrying and Possessing Firearm During and in Relation to a Crime of Violence.

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:
PLEASE SEE ATTACHMENT.

E-Filing

---- DEFENDANT -  US ----
DEANDRE WATSON

NORTHERN DISTRICT OF CALIFORNIA

DISTRICT COURT NUMBER
CR 07 0336 WHA

---- DEFENDANT ----
IS NOT IN CUSTODY
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

---- PROCEEDING ----
Name of Complaintant Agency, or Person (&Title, if any)
FEDERAL BUREAU OF INVESTIGATION

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense
☐ this prosecution relates to a pending case involving this same defendant
☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO.

MAGISTRATE CASE NO.

IS IN CUSTODY
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☑ State

If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____

DATE OF ARREST ▶  Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶  Month/Day/Year _____

Name and Office of Person Furnishing Information on THIS FORM  SCOTT N. SCHOOLS
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  WILLIAM FRENTZEN

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☑ WARRANT   Bail Amount: NONE

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

ATTACHMENT TO PENALTY SHEET

DEANDRE WATSON– CHARGED VIOLATIONS

COUNT 1: Title 18 USC § 2119 - Carjacking;

    Penalties: § 2119: Not more than 15 years imprisonment;
    not more $250,000 fine, and not more than 3 years supervised
    release.

COUNT 2: Title 18 USC § 924(c)(1)(A) - Using, Carrying and Possessing
    Firearms During and in Relation to a Crime of Violence.

    Penalties: §924: Not less than 7 years imprisonment consecutive
    to any sentence for violating § 2119, not more than $250,000 fine,
    and not more than 5 years supervised release.

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

Title 18 U.S.C. §2119 - Carjacking;
Title 18 U.S.C. §924(c)(1)(A) - Using, Carrying and Possessing Firearm During and in Relation to a Crime of Violence; Title 18 U.S.C. §1512(b)(1) - Tampering with a Witness.

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:
PLEASE SEE ATTACHMENT.

E-Filing

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

FILED
07 MAY 29 PM 4:06
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DEFENDANT - U.S.␣ MAURICE BIBBS
NORTHERN DISTRICT OF CALIFORNIA

DISTRICT COURT NUMBER
CR 07 0336 WHA

**PROCEEDING**
Name of Complaintant Agency, or Person (&Title, If any)
FEDERAL BUREAU OF INVESTIGATION

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM   SCOTT N. SCHOOLS
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)   WILLIAM FRENTZEN

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   ☐ Fed'l  ☑ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No   If "Yes" give date filed

DATE OF ARREST   Month/Day/Year

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY   Month/Day/Year

☐ This report amends AO 257 previously submitted

---- **ADDITIONAL INFORMATION OR COMMENTS** ----

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☑ WARRANT   Bail Amount: NONE

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

ATTACHMENT TO PENALTY SHEET

MAURICE BIBBS– CHARGED VIOLATIONS

COUNT 1: Title 18 USC § 2119 - Carjacking;

    Penalties: § 2119: Not more than 15 years imprisonment; not more $250, 000 fine, and not more than 3 years supervised release.

COUNT 2: Title 18 USC § 924(c)(1)(A) - Using, Carrying and Possessing Firearms During and in Relation to a Crime of Violence.

    Penalties: §924: Not less than 7 years imprisonment consecutive to any sentence for violating § 2119, not more than $250,000 fine, and not more than 5 years supervised release.

COUNT 3: Title 18 USC §1512(b)(1) - Tampering with a Witness

    Penalties: § 1512(b)(1): Not more than 10 years imprisonment; not more than $250,000 fine, and not than 3 years supervised release.

1  SCOTT N. SCHOOLS (SCSBN 9990)
   United States Attorney
2
                                    FILED
3                                   07 MAY 29 PM 4:06

                                    RICHARD W. WIEKING
4                                   CLERK, U.S. DISTRICT COURT
                                    NORTHERN DISTRICT OF CALIFORNIA

5

6

7           E-Filing

8                        UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

                              SAN FRANCISCO DIVISION
10

11
   UNITED STATES OF AMERICA  CR )      07         0336
12                              )
              Plaintiff,        )       VIOLATIONS:              WHA
13                              )
         v.                     )       18 U.S.C. § 2119 – Carjacking;
14                              )
   MAURICE BIBBS,               )       18 U.S.C. § 924(c)(1)(A) – Using, Carrying
15       and                    )       and Possessing Firearm During and in
   DEANDRE WATSON,              )       Relation to a Crime of Violence;
16                              )
              Defendants.       )       18 U.S.C. § 1512 – Tampering with a
17                              )       Witness;
                                )
18                                      18 U.S.C. § 2 – Aiding and Abetting

19                                      SAN FRANCISCO VENUE

20

21                                  I N D I C T M E N T

22  The Grand Jury charges:

23  COUNT ONE

24       On or about March 14, 2007, in the Northern District of California, the defendants,

25                        MAURICE BIBBS and DEANDRE WATSON,

26  aided and abetted, each by the other, with the intent to cause death and serious bodily harm, did

27  take by force and violence and by intimidation a motor vehicle that had been transported,

28  shipped, and received in interstate and foreign commerce, that is, a 2007 Chrysler Sebring, VIN

1  No. 1C3LC46K57N552776, from the person and presence of A.W., a person known to the grand
2  jury, in violation of Title 18, United States Code, Sections 2119 and 2.
3  COUNT TWO
4        On or about March 14, 2007, in the Northern District of California, the defendants,
5                    MAURICE BIBBS and DEANDRE WATSON,
6  aided and abetted, each by the other, knowingly used and carried a firearm, that is, a Cobra .380
7  caliber pistol, during and in relation to a crime of violence for which they may be prosecuted in a
8  court of the United States, that is, carjacking as charged in Count One of this Indictment, and, in
9  furtherance of that carjacking, did knowingly possess and brandish the firearm, in violation of
10 Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2.
11 COUNT THREE
12       On or about March 19, 2007, in the Northern District of California, the defendant,
13                               MAURICE BIBBS,
14 did knowingly intimidate, threaten, attempt to intimidate, attempt to threaten, and engage in
15 misleading conduct toward A.W., a person known to the grand jury, by making a threatening
16 phone call to A.W., with the intent to influence, delay, and prevent the testimony of A.W. in an
17 official proceeding, in violation of Title 18, United States Code, Section 1512(b)(1).
18
19 DATED:                                              A TRUE BILL.
20    05/29/07
21                                                    _____
                                                      FOREPERSON
22
23 SCOTT N. SCHOOLS
   United States Attorney
24
25 _____
   MARK L. KROTOSKY
26 Chief, Criminal Division
27
28 (Approved as to form: _____)
                        AUSA William Frentzen

INDICTMENT                                           2