SCOTT A. SUGARMAN (No. 68277)
SUGARMAN & CANNON
44 Montgomery St., Suite 2080
San Francisco, CA. 94104
Telephone: (415) 362-6252
Facsimile: (415) 677-9445

Attorneys for Defendant
    JENNY WONG

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-0336 WHA |
|     Plaintiff, ) | |
| v. ) | |
| DEANDRE WATSON, ) | DATE: June 7, 2007 |
| ) | TIME: 9:30 a.m. |
|     Defendant. ) | |

**DEFENDANT DEANDRE WATSON'S JOINDER OF DEFENDANT BIBBS' MOTION RE: DETENTION HEARING PROCEDURE**

Defendant DEANDRE WATSON hereby joins defendant Maurice Bibb's Motion Re: Detention Hearing Procedure, filed on or about May 31, 2007.

DATED:                                              Respectfully submitted,


                                                            Scott A. Sugarman
                                                            Attorney for Deandre Watson