EXHIBIT B

```
 1  SCOTT A. SUGARMAN (No. 68277)
    SUGARMAN & CANNON
 2  44 Montgomery St., Suite 2080
    San Francisco, CA. 94104
 3  Telephone: (415) 362-6252
    Facsimile: (415) 677-9445
 4
 5  Attorneys for Defendant
          JENNY WONG
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR 07-0336 WHA |
|---|---|
| Plaintiff, | ) |
| v. | ) |
| DEANDRE WATSON, | ) DATE: June 7, 2007 |
| | ) TIME: 9:30 a.m. |
| Defendant. | ) |

**DEFENDANT DEANDRE WATSON'S JOINDER OF DEFENDANT BIBBS' MOTION RE: DETENTION HEARING PROCEDURE**

Defendant DEANDRE WATSON hereby joins defendant Maurice Bibb's Motion Re: Detention Hearing Procedure, filed on or about May 31, 2007.

DATED:                                          Respectfully submitted,


                                                Scott A. Sugarman
                                                Attorney for Deandre Watson