SCOTT N. SCHOOLS (SC 9990)
United States Attorney

W. DOUGLAS SPRAGUE (CSBN 202121)
Acting Chief, Criminal Division

WILLIAM FRENTZEN (LABN 24421)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6959
FAX: (415) 436-6753
Email: william.frentzen@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MAURICE BIBBS, and <br> DEANDRE WATSON, <br><br> Defendants. | No. CR 07-0336 WHA <br><br> **UNITED STATES' STIPULATED [PROPOSED] ORDER RE: COLLECTION OF DNA SAMPLES** |

On July 23, 2007, the government announced its intention to obtain DNA samples from defendants pursuant to *Schmerber v. California*, 384 U.S. 757 (1966). The Court requested that defendants determine whether or not they oppose the government's request by close of business on July 23, 2007, and to inform the government of their decisions. Both defendants have stated that they do not oppose the government obtaining their DNA under the following conditions: (1) the DNA samples will be obtained by swab, rather than by taking blood; (2) defense counsel may

be present when the samples are obtained[1]; and (3) the defendants will be provided with the DNA reports of conclusions shortly after they are received by the government.  Each of these conditions is agreeable to the government.

UPON CONSIDERATION OF THE FOREGOING, IT IS HEREBY ORDERED THAT comparison DNA samples from defendants Bibbs and Watson are necessary in order to ascertain whether either one or both of their DNA profile matches the DNA profile that likely will be obtained on the handgun recovered from the vehicle in this case. Oral swab samples taken from Bibbs and Watson will yield usable DNA samples that will enable this comparison.  The oral swabs will be collected from the inside cheek portion of the mouth to sufficiently collect buccal cells.  Defense counsel shall be permitted an opportunity to be present during the sample collections.

IT IS FURTHER ORDERED, that the FBI is authorized to collect DNA samples from Maurice Bibbs and Deandre Watson by collecting oral swab samples from them using the standard procedures developed by the FBI crime laboratory described above and that defense counsel may be present during the collection.  Any results from the comparison shall be promptly forwarded by the United States Attorney's Office to defense counsel.

SO ORDERED, this _____ day of _____, 2007.

_____
HON. WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

---

[1] Because Mr. Sugarman will be out of the state for the next two weeks, he has agreed to make an associate available to be present at the sample collection so as to not slow the process.

STIPULATED ORDER RE: DNA SAMPLES				2
No. CR 07-00336 WHA