SCOTT A. SUGARMAN (No. 68277)
SUGARMAN & CANNON
44 Montgomery St., Suite 2080
San Francisco, CA. 94104
Telephone: (415) 362-6252
Facsimile: (415) 677-9445
scottsugar@aol.com

Attorneys for Defendant
        DEANDRE WATSON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>DEANDRE WATSON,<br><br>        Defendant. | No. CR 07-0336 WHA<br><br>**STIPULATION TO CONTINUE SENTENCING AND [proposed] ORDER** |

Defendant Deandre Watson has entered a guilty plea in this action and is awaiting sentencing. On or about April 2, 2008, United States Probation Officer Joshua Sparks released the draft of the Presentence Report (PSR) regarding Mr. Watson to both counsel for the government and counsel for Mr. Watson. Counsel is obliged to respond with any comment, correction, etc. within two weeks so that the probation officer has adequate time to prepare and circulate the final PSR. However, counsel for Mr. Watson has not been able to review the draft PSR with Mr. Watson or respond to the draft PSR because Mr. Watson's counsel had a planned vacation from April 5 to April 20, 2008 and was not available to do so.

The parties request and STIPULATE to continue sentencing in this matter for Mr. Watson from 2:00 p.m. on May 6, 2008 to 2:00 p.m. on June 3, 2008, to allow time for Mr.

1  Watson and his counsel to meet and discuss the draft PSR, and then to permit defense counsel to
2  respond in writing to the draft PSR.
3      USPO Joshua Sparks has no objection to the proposed continuance of the sentencing to
4  permit the orderly review and presentation of material relevant to sentencing in this matter.
5      SO STIPULATED.

7  DATE: April 15, 2008                       ____/s/_____
8                                              Scott A. Sugarman
                                            Attorney for Deandre Watson

10 DATE: April 15, 2008                       ____/s/_____
11                                               William Frentzen.
                                            Assistant United States Attorney

13 SO ORDERED.

14 DATED:                                              _____
15                                               UNITED STATES DISTRICT JUDGE