SCOTT A. SUGARMAN (No. 68277)
SUGARMAN & CANNON
44 Montgomery St., Suite 2080
San Francisco, CA. 94104
Telephone: (415) 362-6252
Facsimile: (415) 677-9445

Attorneys for Defendant
    DEANDRE WATSON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>v.<br>DEANDRE WATSON,<br>    Defendant. | No. CR 07-0336 WHA<br><br>**STIPULATION TO CONTINUE SENTENCING AND [proposed] ORDER** |

    Defendant Deandre Watson has entered a guilty plea in this matter, and sentencing is currently set for 2:00 p.m. on July 22, 2008. Counsel for the government and counsel for defendant Deandre Watson each require some additional time to collect and/or prepare material relevant to the sentencing of Mr. Watson.

    Counsel for the government and counsel for defendant Deandre Watson hereby request and STIPULATE to continue sentencing for Deandre Watson from July 22, 2008 to August 8, 2008 at 2:00 p.m.

    The United States Probation Department has been advised of this proposed Stipulation and proposed change of sentencing date.

    SO STIPULATED.

Stipulation to Continue Sentencing

1

DATED: July 18, 2008              _____/s/_____
                                  Scott A. Sugarman
                                  Attorney for Deandre Watson

DATED: July 18, 2008              _____/s/_____
                                  William Frentzen
                                  Assistant United States Attorney

   SO ORDERED.

DATE:                             _____
                                  WILLIAM H. ALSUP
                                  UNITED STATES DISTRICT COURT

Stipulation to Continue Sentencing