1  SCOTT A. SUGARMAN (No. 68277)
   SUGARMAN & CANNON
2  44 Montgomery St., Suite 2080
   San Francisco, CA. 94104
3  Telephone: (415) 362-6252
   Facsimile: (415) 677-9445
4
5  Attorneys for Defendant
         DEANDRE WATSON
6
7
8              IN THE UNITED STATES DISTRICT COURT
9            FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,           )   No. CR 07-0336 WHA
                                         )
12 |         Plaintiff,                  )
                                         )   **STIPULATION TO CONTINUE**
13 | v.                                  )   **SENTENCING AND [proposed]**
                                         )   **ORDER**
14 | DEANDRE WATSON,                     )
                                         )
15 |         Defendant.                  )

16
17         Defendant Deandre Watson has entered a guilty plea in this matter, and sentencing is
18 currently set for 2:00 p.m. on July 22, 2008. Counsel for the government and counsel for
19 defendant Deandre Watson each require some additional time to collect and/or prepare material
20 relevant to the sentencing of Mr. Watson.
21         Counsel for the government and counsel for defendant Deandre Watson hereby request and
22 STIPULATE to continue sentencing for Deandre Watson from July 22, 2008 to ~~August 8~~, 2008 at
                                                                              August 5, 2008
23 2:00 p.m.
24         The United States Probation Department has been advised of this proposed Stipulation and
25 proposed change of sentencing date.
26         SO STIPULATED.
27
28

Stipulation to Continue Sentencing

1

1  DATED: July 18, 2008                    _____/s/_____
2                                          Scott A. Sugarman
                                           Attorney for Deandre Watson
3
4  DATED: July 18, 2008                    _____/s/_____
                                           William Frentzen
5                                          Assistant United States Attorney
6
7      SO ORDERED.
8
   DATE:  July 21, 2008.
9                                          _____
                                           WILLIAM H. ALSUP
10                                         UNITED STATES DISTRICT COURT

*IT IS SO ORDERED*
*Judge William Alsup*

Stipulation to Continue Sentencing