SCOTT A. SUGARMAN (No. 68277)
SUGARMAN & CANNON
44 Montgomery St., Suite 2080
San Francisco, CA. 94104
Telephone: (415) 362-6252
Facsimile: (415) 677-9445

Attorneys for Defendant
    DEANDRE WATSON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>        Plaintiff,  )<br>                    )<br>v.  )<br>                    )<br>DEANDRE WATSON,  )<br>        Defendant.  ) | No. CR 07-0336 WHA<br><br>**STIPULATION TO CONTINUE SENTENCING AND [proposed] ORDER** |

     Defendant Deandre Watson has entered a guilty plea in this matter, and sentencing is currently set for 2:00 p.m. on August 5, 2008.

     Mr. Watson was recently advised that his mother has suffered a stroke and is hospitalized. He informed his counsel that he would like to delay sentencing to monitor her health and progress.

     Counsel for Mr. Watson notified United States Probation Officer Sparks, who stated he had no objection to a continuance of sentencing.

     Counsel for Mr. Watson contacted this Court's courtroom deputy clerk and she selected August 18, 2008 at 11 a.m. as a suitable date for sentencing in this matter.

     Counsel for the government and counsel for defendant Deandre Watson hereby request and STIPULATE to continue sentencing for Deandre Watson from August 5, 2008 to August 18, 2008 at 11:00 a.m.

Stipulation to Continue Sentencing

1

1     SO STIPULATED.

DATED: August 1, 2008                        _____/s/_____
                                              Scott A. Sugarman
                                              Attorney for Deandre Watson

DATED: August 1, 2008                        _____/s/_____
                                              William Frentzen
                                              Assistant United States Attorney

    SO ORDERED.

DATE:                                                              _____
                                              WILLIAM H. ALSUP
                                              UNITED STATES DISTRICT COURT